**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 38th JUDICIAL DISTRICT -     :  No. 29 MM 2020
REQUEST FOR EMERGENCY JUDICIAL  :
ORDER                       :

## ORDER

**AND NOW**, this 12th day of March, 2020, the Application of the Honorable Thomas M. DelRicci, President Judge of the Thirty-Eighth Judicial District, requesting an emergency judicial order, is GRANTED, IN PART.

The relief requested in Paragraphs 1(a), 1(b)(1), and 1(b)(2) of the Application is GRANTED.

The relief requested in Paragraph 1(b)(3) is HELD UNDER ADVISEMENT pending further order of this Court.

Interested parties may object to this order no later than noon on March 16, 2020. Objections shall be filed at the above docket number and served on the District Court Administrator of the Thirty-Eighth Judicial District.

Jurisdiction is retained.

*Thomas G. Saylor*
THOMAS G. SAYLOR
Chief Justice of Pennsylvania